IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAILEY,

     Petitioner,            No. 2:09-cv-1856-JFM (HC)

   vs.

KEN CLARK,

     Respondent.          <u>ORDER</u>

                                      /

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.[1]

          Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

          Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

/////

---

[1] This action was filed in the United States District Court for the Central District of California and transferred to this court by order of that court.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's July 9, 2009 motion to proceed in forma pauperis is granted;

2. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: July 27, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
bail1856.100

2