IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAILEY,

    Petitioner,                   No. 2:09-cv-1856 GEB JFM (HC)

    vs.

KEN CLARK,

    Respondent.                  <u>ORDER</u>

                                      /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has moved to dismiss this action as barred by the statute of limitations, and petitioner's opposition to the motion is due on or before January 22, 2010. On December 28, 2009, petitioner filed a motion to compel by which he seeks documents and information which may be related to matters at issue in the motion to dismiss.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve a response to petitioner's December 28, 2009 motion to compel.

DATED: January 5, 2010.

                                                              UNITED STATES MAGISTRATE JUDGE

12;bail1856.bmtc